E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108-2006

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

FILED
DEC 21 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                                  ) Case No. 08-31230 STC
                                        )
GALIATZATOS, IANY G & ADRIANA H         ) NOTICE OF UNCLAIMED DIVIDENDS
                                        )
                Debtor(s)               )
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, an unclaimed dividend in the amount of $2,629.98. The name and address of the claimant entitled to the unclaimed dividend is as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 8 | UNITED HEALTHCARE INSURANCE CO<br>RACHEL A SMITH<br>CREDIT & DELINQUENCY MGMT 6NB-B<br>450 COLUMBUS BLVD<br>HARTFORD CT 06115-0450 | $2,629.98 | (CK#308) |

TOTAL UNCLAIMED FUNDS                                    $2,629.98    (CK#326)

DATED: December 16, 2009          BY: _____
                                      E. LYNN SCHOENMANN
                                      TRUSTEE